```
                     United States Bankruptcy Court
                      Eastern District of Wisconsin
```

In re:                                                           Case No. 16-23613-svk
Devera L. Buchanan                                               Chapter 13
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0757-2          User: amg              Page 1 of 1           Date Rcvd: May 04, 2016
                              Form ID: pdf5          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2016.
db             +Devera L. Buchanan,    4056 N. 68th,    Milwaukee, WI 53216-1113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2016 at the address(es) listed below:
              Mary B. Grossman     ecf@chapter13milwaukee.com,  mgwi_ecf@trustee13.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Steven E. Berg    on behalf of Debtor Devera L. Buchanan courtemail@esserlaw.com,
               esserlaw@yahoo.com
                                                                                              TOTAL: 3

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: May 3, 2016

*Susan V. Kelley*
Susan V. Kelley
Chief United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

---

In re:   DEVERA L. BUCHANAN                                CHAPTER 13

Soc. Sec. No.   xxx-xx-3216                                Case No. 16-23613-SVK

---

### ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR

---

To DEVERA L. BUCHANAN the above named debtor(s):

IT IS ORDERED THAT:

   1.  You shall pay the sum of **$674.00 Monthly** to the Chapter 13 Trustee within 30 days after you file your case (NOT 30 days after you receive this notice).

   2.  Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee.  INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE.  **PLEASE MAKE PAYABLE AND MAIL TO:**

**CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730**

   3.  This Order supersedes any previous Order for payment in this case.

**Debtor(s):**
DEVERA L. BUCHANAN
4056 N. 68TH
MILWAUKEE, WI  53216

**Debtor(s) Attorney:**
ESSERLAW LLC
11805 WEST HAMPTON AVENUE
MILWAUKEEWI 53225-

Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

Trustee Issued Date: May 03, 2016

#####